## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Case No. 3:03–CR-30203-NJR** |
| | ) |
| | ) |
| **URIEL L. YOUNG,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>ORDER</u>

**ROSENSTENGEL, District Judge:**

Upon motion of the United States of America, pursuant to Federal Rule of Civil Procedure Rule 41(a)(2), and for good cause shown, the Writ of Execution filed in this case is **DISMISSED without prejudice.**

IT IS SO ORDERED.

DATED:   November 16, 2015

s/ Nancy J. Rosenstengel
**NANCY J. ROSENSTENGEL**
**United States District Judge**